UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES RAY JONES,

        Plaintiff,                             Civil No. 04-0009-PK

       v.                                  ORDER

TONY SANTOS, LIEUTENANT T. SAMPSON,
CAPTAIN ALFRED HANNON,
DEBRA GARDNER, SHEILA SCOTT,
T. MARTIN LOWERY, TOBY O'MALLEY,
MICHALE MUCHAM, KENNETH CRAWFORD,
DAVE LILIENTAHL, DONALD RIGGEN,
and TOM CUPP,
        Defendants.

HAGGERTY, Chief Judge:

      Magistrate Judge Papak has issued a Findings and Recommendation [154] in this action.

The Magistrate Judge recommended that Defendants' Motion for Summary Judgment [141]

should be granted. No objections were filed, and the case was referred to this court.

1 - ORDER

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Findings and Recommendation.

**CONCLUSION**

The Findings and Recommendation [154] is adopted and Defendants' Motion for Summary Judgment [144] is granted.

IT IS SO ORDERED.

Dated this   24   day of October, 2008.

                                                              /s/ Ancer L. Haggerty
                                                            Ancer L. Haggerty
                                                      United States District Judge